1 Stephen R. Cornwell, CA Bar #40737
Judith M. Harless, CA Bar #64784
2 CORNWELL & SAMPLE, LLP
Attorneys at Law
3 7045 N. Fruit Avenue
Fresno, CA  93711
4 Telephone:  (559) 431-3142
Facsimile:  (559) 436-1135

**(SPACE BELOW FOR FILING STAMP ONLY)**

Attorneys for Plaintiff AL GOOD dba
CASTLE ROCK VINEYARDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AL GOOD dba CASTLE ROCK VINEYARDS,<br><br>          Plaintiff,<br><br>     v.<br><br>NYK LINE (NORTH AMERICA) INC.; and NYK GROUP AMERICAS INC.,<br><br>          Defendants. | CASE NO.: 1:12-CV-01882-AWI-MJS<br><br>**STIPULATION CONTINUING MANDATORY SCHEDULING CONFERENCE; AND ORDER THEREON** |

IT IS HEREBY STIPULATED by all parties, by and through their respective counsel, that the Mandatory Scheduling Conference be continued from February 21, 2013, at 9:30 a.m. to **April 11, 2013, at 1:30 p.m.**  Plaintiff's counsel has a conflict on the currently scheduled date of February 21, 2013.  In addition, counsel for the parties have conferred and discussed the filing of an amended complaint by the Plaintiff.  The parties will be submitting a Stipulation and Order to allow the filing of the amended complaint soon.

/ / /

/ / /

/ / /

/ / /

1  DATED: February 13, 2013.                                CORNWELL & SAMPLE, LLP

4                                                  By:  /s/  Judith Harless
                                                        Stephen R. Cornwell
                                                        Judith M. Harless
                                                        Attorneys for Plaintiff
                                                        AL GOOD dba CASTLE ROCK
                                                        VINEYARDS

9  DATED: February 13, 2013.                                SWAIN & DIPOLITO LLP

12                                                 By:  /s/  Michael L. Swain
                                                        Michael L. Swain
                                                        Attorneys for Defendants
                                                        NYK LINE (NORTH AMERICA), INC.
                                                        and NYK GROUP AMERICAS, INC.

### **ORDER**

Good cause appearing, the February 11, 2013 Scheduling Conference In this matter is continued to 1:30 PM, April 11, 2013, in Courtroom 6, Fresno.

IT IS SO ORDERED.

Dated:  February 13, 2013          /s/ *Michael J. Seng*

                                   UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28