Stephen R. Cornwell, CA Bar #40737
Judith M. Harless, CA Bar #64784
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA  93711
Telephone:  (559) 431-3142
Facsimile:  (559) 436-1135

**(SPACE BELOW FOR FILING STAMP ONLY)**

Attorneys for Plaintiff AL GOOD dba
CASTLE ROCK VINEYARDS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AL GOOD dba CASTLE ROCK VINEYARDS, <br><br> Plaintiff, <br><br> v. <br><br> NYK LINE (NORTH AMERICA) INC.; and NYK GROUP AMERICAS INC., <br><br> Defendants. | CASE NO.: 1:12-CV-01882-AWI-MJS <br><br> **STIPULATION CONTINUING MANDATORY SCHEDULING CONFERENCE; AND ORDER THEREON** |

IT IS HEREBY STIPULATED by all parties, by and through their respective counsel, that the Mandatory Scheduling Conference be continued from February 21, 2013, at 9:30 a.m. to **April 11, 2013, at 1:30 p.m.**  Plaintiff's counsel has a conflict on the currently scheduled date of February 21, 2013.  In addition, counsel for the parties have conferred and discussed the filing of an amended complaint by the Plaintiff.  The parties will be submitting a Stipulation and Order to allow the filing of the amended complaint soon.

/ / /

/ / /

/ / /

/ / /

1  DATED: February 13, 2013.                    CORNWELL & SAMPLE, LLP

4                                           By:   /s/  Judith Harless
                                                Stephen R. Cornwell
                                                Judith M. Harless
                                                Attorneys for Plaintiff
                                                AL GOOD dba CASTLE ROCK
                                                      VINEYARDS

9  DATED: February 13, 2013.                    SWAIN & DIPOLITO LLP

12                                          By:   /s/   Michael L. Swain
                                                Michael L. Swain
                                                Attorneys for Defendants
                                                NYK LINE (NORTH AMERICA), INC.
                                                and NYK GROUP AMERICAS, INC.

## **ORDER**

Good cause appearing, the February 11, 2013 Scheduling Conference In this matter is continued to 1:30 PM, April 11, 2013, in Courtroom 6, Fresno.

IT IS SO ORDERED.

Dated:  February 13, 2013         /s/ *Michael J. Seng*

                                   UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28