Stephen R. Cornwell, CA Bar #40737
Judith M. Harless, CA Bar #64784
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA  93711
Telephone:  (559) 431-3142
Facsimile:  (559) 436-1135

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff AL GOOD dba
CASTLE ROCK VINEYARDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AL GOOD dba CASTLE ROCK VINEYARDS,<br><br>  Plaintiffs,<br><br>  v.<br><br>NYK LINE (NORTH AMERICA) INC.; and NYK GROUP AMERICAS INC.,<br><br>  Defendants. | CASE NO.: 1:12-CV-01882-AWI-MJS<br><br>**STIPULATION ALLOWING FILING OF AMENDED COMPLAINT; AND ORDER** |

The parties, through their respective counsel of record, state:

WHEREAS, Plaintiff desires to amend his complaint to add an additional party defendant; and

WHEREAS, Plaintiff was unable to learn the true and correct identity of the additional party defendant until initial discovery had taken place; and

WHEREAS, Plaintiff now knows the true and correct identity of the additional party defendant; and

WHEREAS, the parties are in agreement that Plaintiff be allowed to file his amended complaint and defendants be allowed to assert any and all defenses they may have to the amended complaint, including time-bar and improper venue;

NOW, THEREFORE, it is stipulated and agreed that Plaintiff AL GOOD dba CASTLE ROCK VINEYARDS be granted leave to file the attached Amended

1  Complaint adding NIPPON YUSEN KAISHA as a party defendant and asserting claims
2  against it.
3
4  DATED: February 13, 2013.                         CORNWELL & SAMPLE, LLP
5
6                                                   By:   /s/  Judith Harless
7                                                        Stephen R. Cornwell
                                                          Judith M. Harless
8                                                        Attorneys for Plaintiff
                                                    AL GOOD dba CASTLE ROCK
9                                                          VINEYARDS
10
11 DATED: February 13, 2013.                         SWAIN & DIPOLITO LLP
12
13
14                                                  By:    /s/  Michael J. Swain
                                                          Michael L. Swain
15                                                      Attorneys for Defendants
                                                    NYK LINE (NORTH AMERICA), INC.
16                                                  and NYK GROUP AMERICAS, INC.
17
                                        **ORDER**
18
19       IT IS HEREBY ORDERED that Plaintiff is granted leave to file an
20 Amended Complaint for Damages in the form attached hereto as Exhibit "A" and
21 incorporated by reference.
22
23
24
25
26
27      IT IS SO ORDERED.
28

1

Dated:   February 13, 2013          /s/ *Michael J.*

2

*Seng*

3

UNITED STATES MAGISTRATE JUDGE