Stephen R. Cornwell, CA Bar #40737
Judith M. Harless, CA Bar #64784
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA  93711
Telephone:  (559) 431-3142
Facsimile:  (559) 436-1135

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff AL GOOD dba
CASTLE ROCK VINEYARDS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AL GOOD dba CASTLE ROCK VINEYARDS,<br><br>            Plaintiff,<br><br>      v.<br><br>NIPPON YUSEN KAISHA; NYK LINE (NORTH AMERICA) INC.;<br><br>            Defendants. | CASE NO.: 1:12-CV-01882-AWI-MJS<br><br>**STIPULATION CONTINUING MANDATORY SCHEDULING CONFERENCE; AND ORDER THEREON** |

   IT IS HEREBY STIPULATED by all parties, by and through their respective counsel, that the Mandatory Scheduling Conference be continued from April 11, 2013, at 1:30 p.m. to **May 23, 2013, at 10:30 a.m.**  A new Defendant has been brought into this case and their Answer is not due until April 2, 2013.  It is anticipated that the parties will need additional time to confer and prepare the Joint Scheduling Conference Report.

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| DATED: March 15, 2013. | | CORNWELL & SAMPLE, LLP |

By:     /s/ Stephen R. Cornwell
Stephen R. Cornwell
Judith M. Harless
Attorneys for Plaintiff
AL GOOD dba CASTLE ROCK VINEYARDS

DATED: March 15, 2013.                                    SWAIN & DIPOLITO LLP

By:     /s/ Michael L. Swain
Michael L. Swain
Attorneys for Defendants
NYK LINE (NORTH AMERICA), INC.
and NYK GROUP AMERICAS, INC.

## **ORDER**

Good cause appearing, the Stipulation is approved and the Scheduling Conference is continued until May 23, 2013 at 10:30 a.m.

IT IS SO ORDERED.

Dated:   March 16, 2013          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE