MICHAEL L. SWAIN (133260)
JOHN G. NURSALL (134392)
SWAIN & DIPOLITO LLP
555 East Ocean Boulevard, Suite 600
Long Beach, California 90802
Telephone:  (562) 983-7833
Facsimile:  (562) 983-7835
E-mail: mswain@swaindipolito.com
        jnursall@swaindipolito.com

Attorneys for Defendants,
NIPPON YUSEN KAISHA and NYK LINE (NORTH AMERICA) INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| AL GOOD dba CASTLE ROCK VINEYARDS,<br><br>    Plaintiffs,<br><br> v.<br><br>NIPPON YUSEN KAISHA; NYK LINE (NORTH AMERICA) INC.,<br><br>    Defendants. | Case No. 1:12-CV-01882-AWI-MJS<br><br>Honorable Anthony W. Ishii<br><br>ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE DECLARATION OF LILJA HOOKER IN SUPPORT OF MOTION TO DISMISS PURSUANT TO CONTRACTUAL FORUM SELECTION CLAUSE<br><br>DATE: May 20, 2013<br>TIME: 1:30 p.m.<br>CTRM: 2 |

Defendants have filed a motion to dismiss in this action, which the Court has taken under submission.  On May 16, 2013, Plaintiffs filed a request for the Cour to consider the declaration of Lilja Hooker in support of the motion to dismiss.

Having reviewed the defendants' Ex Parte Application for Leave to File Declaration of Lilja Hooker, and good cause appearing therefor:

Order Granting Ex Parte App for Leave to File Decl of Lilja Hooker

1  IT IS HEREBY ORDERED that NYK be given leave to file the
2  Declaration of Lilja Hooker.  This Declaration will be
3  considered when the court decides the pending motions under
4  submission

5  IT IS SO ORDERED.

6  Dated:   May 17, 2013
7                                          SENIOR  DISTRICT  JUDGE